# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARIS ACCESSORIES, INC., a New York corporation<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>LHS INTERNATIONAL, LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendant. | ) CASE NO. CV07-05028 ABC (FFMx)<br>)<br>) **ORDER ON STIPULATION OF**<br>) **DISMISSAL**<br>)<br>) [Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the terms of the Stipulation of Dismissal entered into by the parties to the above-entitled action, that defendant, LHS International, LLC is dismissed with prejudice.

　　**IT IS SO ORDERED**.

*[signature: Audrey B. Collins]*

Dated: April 29, 2008_____　　_____
_____
　　　　　　　　　　HON. AUDREY B. COLLINS
　　　　　　　　　　UNITED STATES DISTRICT COURT

1
ORDER ON STIPULATION OF DISMISSAL